IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, AND EDUCATIONAL FUNDS, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 02-4351 |
| v. | : : | |
| AL'AN EL MAINTENANCE CORP., | : : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ___ day of October, 2002, the parties having represented to this court that they had resolved this matter, it is hereby ORDERED that this matter is SETTLED, DISCONTINUED, AND ENDED.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to